UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| IN RE CENTURYLINK, INC. SHAREHOLDER DERIVITIVE ACTION | CIVIL ACTION NO. 13--2318 (LEAD) (Consolidated Case No. 13-2983) (Consolidated Case No. 14-0658) (Consolidated Case No. 14-0659) (Consolidated Case No. 14-1031) (Consolidated Case No. 14-1032) |
| VERSUS | JUDGE ROBERT G. JAMES |
| GLEN F. POST, III, ET AL. | MAG. JUDGE JAMES D. KIRK |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and for those additional reasons set forth in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss First Amended Securities Class Action Complaint [Doc. No. 54] is **GRANTED**, and Plaintiffs' claims set forth in its First Amended Securities Class Action Complaint [Doc. No. 50] are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiffs' request for leave to amend their Amended Complaint, contained in their objections [Doc. No. 66] to the Report and Recommendation, is **DENIED**.

MONROE, LOUISIANA, this 21st day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE