UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE CENTURYLINK, INC. SHAREHOLDER DERIVATIVE ACTION | CIVIL ACTION NO. 13-cv-2318 (LEAD) (Consolidated Case No. 13-2983) (Consolidated Case No. 14-0658) (Consolidated Case No. 14-0659) (Consolidated Case No. 14-1031) (Consolidated Case No. 14-1032) |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| GLEN F. POST, III, ET AL. | MAGISTRATE JUDGE MARK HORNSBY |

## JUDGMENT

Considering the Joint Motion to Dismiss Without Prejudice [Record Document 75], submitted on behalf of Plaintiffs, Cullen Rosen, Maxine Phillips, Dennis Palkon, and Gary Jaegers (collectively, "Plaintiffs"), Defendants Glen F. Post, III, Karen A. Puckett, R. Stewart Ewing, Jr., Joseph R. Zimmel, C.G. Melville, Jr., William A. Owens, Richard A. Gaphardt, Fred R. Nichols, Harvey P. Perry, W. Bruce Hanks, Peter C. Brown, Michael J. Roberts, Virginia Boulet, Gregory J. McCray, Laurie A. Siegel, Maxine Moreau, Stacey W. Goff, James E. Ousley, William A. Owens, and nominal Defendant CenturyLink, Inc. ("CenturyLink" or the "Company") (collectively, "Defendants") in the consolidated derivative actions 13-cv-2318, 13-cv2983, 14-cv-1031 and 14-cv-1032 (collectively, the "Derivative Actions"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the parties' Motion is **GRANTED** and the Derivative Action is matter be and is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear his own costs and fees.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that contemporaneous notice to shareholders concerning the above dismissal is **NOT REQUIRED**.

The Clerk of Court is now requested to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 16th day of June, 2015.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE